UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUY AROCH,

                Plaintiff,

     -against-

JEFFREY YOHAI,

                Defendant.

Case No.: 1:16-cv-08954-LLS

**DECLARATION OF JOSHUA E. ABRAHAM IN SUPPORT OF
PLAINTIFF'S CROSS-MOTION FOR JURISDICTIONAL DISCOVERY**

JOSHUA E. ABRAHAM, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury as follows:

1.    I am the attorney for Plaintiff Guy Aroch in this action. I respectfully submit this declaration to put before the Court documents cited in Plaintiff's accompanying Memorandum of Law.

2.    Attached hereto as **Exhibit A** is a true and correct screenshot of a website associated with a company called Marin West. *See* http://www.marinw.com/new-page-2/ . According to this website, Marin West is a company based in Los Angeles operated by the Defendant, Jeffrey Yohai.

3.    Attached hereto as **Exhibit B** is a true and correct screenshot of Marin West's LinkedIn profile page. *See* https://www.linkedin.com/company/marin-west .

4. Attached hereto as **Exhibit C** is a true and correct copy of an email from Defendant Jeffrey Yohai to Plaintiff Guy Aroch.


Dated: New York, New York                              By: /s/ *Joshua E. Abraham*
           December 19, 2016                                      Joshua E. Abraham

# Exhibit A



ABOUT
ABOUT MARIN WEST (/NEW-PAGE/)
OUR TEAM (/NEW-PAGE-2/)
PORTFOLIO (/NEW-INDEX-1/)
PROJECTS
1550 BLUE JAY WAY (/BLUEJAYWAY-1/)
2521 NOTTINGHAM AVENUE (/UPPER/)
2401 NOTTINGHAM AVENUE (/2401/)
779 STRADELLA ROAD (/7-CLIFFSIDE-DRIVE-1/)

CONTACT (/NEW-INDEX/)

# About

ABOUT MARIN WEST (/NEW-PAGE/)

OUR TEAM (/NEW-PAGE-2/)

Each and every person involved in our company takes great pride in his or her work. Our team is dedicated to delivering a cost effective project with customer satisfaction as our number one priority. Our safety record demonstrates our commitment to safety, and our extensive list of repeat clients attests to their satisfaction.

**JEFFREY C. YOHAI -** CEO / FOUNDER

As the CEO and founder of Marin West, Jeff Yohai has established himself as one of Southern California's new breed of premiere residential real estate developers. Jeff's mission is to develop one-of-a-kind residential living experiences that are in harmony with the local environment and enhance the vitality of the community. At Marin West, Jeff leads a team of seasoned professionals in the fields of architecture, sustainable design, structural engineering, construction project management, finance and property marketing.

Jeff is quickly making his mark in Los Angeles. In less than 12 months, he has assembled a portfolio of unique properties in the neighborhoods of Bel Air, Los Feliz, Topanga Canyon and West

Hollywood. The post-development value of this portfolio exceeds $200 million.

With new construction, Jeff's mission is to enrich the city's neighborhoods with innovative 21st century homes that are a reflection of LA's creative spirit. He has a passion for sustainability and requires all sub-contractors to use eco-friendly building materials and "green" technologies that promote efficient use of energy and natural resources. Jeff's guiding principle for Marin West is to create safe, healthy, inviting, and sustainable homes while striving to minimize the impact of construction on the environment.

With remodeling projects, Jeff is deeply committed to preserving the glamour of LA's early 20th century Golden Age. This commitment is exemplified by the Marin West William Mead Estate project. In order to preserve the elegance of this century-old Los Angeles landmark, Jeff is working closely with all-star team that includes the renowned architect, Richard Landry, along with experts in historic building restoration.

In 2011, Jeff began his professional career in real estate as a licensed agent with Oxford Properties in New York City. In the highly competitive New York real estate market, Jeff's keen eye for design, attention to detail and fast-paced business style caught the attention and earned the trust of a roster of prominent Hollywood celebrities, Wall Street fund managers and business luminaries. With a burning desire to serve his clients, Jeff rose quickly through the ranks to become one of New York's top performing agents. In 2013, he facilitated a record-breaking $325 million in real estate transactions. In the same year, Jeff chose to pursue his passion for creative expression and transitioned from real estate brokerage to development with the successful completion of several Manhattan condominium projects. Jeff continues to be active in the New York market and is currently completing a mixed-use residential/retail project in Tribeca.

A native of New York, Jeff holds a Bachelor's degree in Journalism from New York University. He is married to Jessica Yohai, a feature film writer and director. Jeff and his family divide their time between residences in the New York City and Los Angeles.

**ALAN FETZER -** CFO

CONTACT (/CONTACT)

# Exhibit B

| ☰ | Search for people, jobs, companies, and more... | 🔍 | Advanced |  2 |  2 | 👥 18 | 👤 |

| Home | Profile | My Network | Learning | Jobs | Interests | | Business Services | Try Premium for free |

**MIT Executive MBA** - The Science of Management. Part-Time, Mid-Career, Innovation!  |  Ad

### Marin West
Real Estate
11-50 employees

10 followers    Follow    ↗

Now you can share this page with your connections social networks.

**Home**



Recognized as one of California's premiere residential real estate developers, Marin West develops one-of-a-kind residential living experiences that are in harmony with the local environment and enhance the vitality of the community.

Founded by CEO Jeff Yohai in 2015, the Marin West team includes seasoned professionals in the fields of architecture, sustainable design, structural, construction project management, finance and property marketing. portfolio of unique properties in the neighborhoods of Bel Air, Los Felz, Topanga Canyon and West Hollywood.

About the Founder

When it comes to new construction, Jeff' Yohai's mission is to enrich Los Angeles with innovative 21st century homes that are a reflection of LA's creative spirit. Jeff has a passion for sustainability and requires all sub-contractors to use eco-friendly building materials and "green" technologies that promote efficient use of energy and natural resources. Jeff's guiding principle for Marin West is to create safe, healthy, inviting, and sustainable homes while striving to minimize the impact of construction on the environment.

With remodeling projects, Jeff is deeply committed to preserving the glamour of LA's early 20th century Golden Age. This commitment is exemplified by the Marin West William Mead Estate project.  In order to preserve the elegance of this century-old Los Angeles landmark, Jeff is working closely with all-star team that includes the renowned architect, Richard Landry, along with experts in historic building restoration.

In 2011, Jeff began his professional career in real estate as a licensed agent with Oxford Properties in New York City. In the highly competitive New York real estate market, Jeff's keen eye for design and attention to detail  caught the attention and earned the trust of a roster of prominent Hollywood celebrities and Wall Street fund managers.. In 2013, he facilitated a record-breaking $325 million in real estate transactions.

**Specialties**
Luxury Resudential Property Design and Development

| **Website** | **Industry** | **Type** |
|---|---|---|
| http://www.marinw.com | Real Estate | Privately Held |
| **Company Size** | **Founded** | |
| 11-50 employees | 2015 | |

**Uncover unique insights about Marin West**          Try Premium for free

Employee distribution by department          Employee growth rates

Notable leadership additions          Trends in hiring activity

### How You're Connected

  

**3** Employees on LinkedIn

See all ▸

 



### People Also Viewed

  

  

  

**Ads You May Be Interested In**

  **Attorney Needed ASAP**
Crucial need for local attorney in your area. View new cases today.

  **In-house Counsel?**
Free 30-day trial membership to the world's largest in-house community.

  **Attorney Leads (Local)**
We Need Local Attorneys Looking for Clients. Sign up to Receive Leads Today

Help Center  |  About  |  Careers  |  Advertising  |  Talent Solutions  |  Sales Solutions  |  Small Business  |  Mobile  |  Language  |  Upgrade Your Account
LinkedIn Corporation © 2016   |   User Agreement  |  Privacy Policy  |  Ad Choices  |  Community Guidelines  |  Cookie Policy  |  Copyright Policy  |  Send Feedback

# Exhibit C

**From:** Jeff Yohai <jeff.y@marin-mgmt.com>
**Date:** September 27, 2016 at 18:42:40 EDT
**To:** Guy Aroch <guy@guyaroch.com>
**Cc:** Steven Czik <Steven@cziklaw.com>
**Subject: Promissory note**

Guy
See attached.   Steven please file this note



Jeff Yohai
Marin West/Founder
779 Stradella Rd
Los Angeles Ca 90077
C: 917 946 3469
O: 424 284 3197
Www.marinw.com